IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NABIL SALAMA, individually and on behalf of all others similarly situated, | § § § | No. 502, 2024 |
| Plaintiff-Below, Appellant, | § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 2024-1124 |
| IRWIN D. SIMON, JODI BUTTS, DAVID CLANACHAN, JOHN M. HERHALT, DAVID HOPKINSON, THOMAS LOONEY, RENAH PERSOFSKY, and TILRAY BRANDS, INC., | § § § § § § § | |
| Defendants-Below, Appellees. | § § | |

Submitted: June 4, 2025
Decided: June 18, 2025

Before **SEITZ**, Chief Justice; **VALIHURA, TRAYNOR, LEGROW**, and **GRIFFITHS**, Justices.

## **O R D E R**

NOW this 18th day of June 2025, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Opinion Granting Summary Judgment for Defendants and its Order Granting Motion for Summary Judgment dated November 27, 2024;

NOW THEREFORE, IT IS ORDERED that the decision and judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice